```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                           Case No. 16-01443-RNO
Jennifer S. Grimm                                                Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-1         User: TWilson            Page 1 of 1          Date Rcvd: Feb 14, 2017
                             Form ID: trc             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2017.
4820763        BANK OF AMERICA, N.A.,   Bank of America,   PO Box 31785,   Tampa, FL 33631-3785

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2017                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 13, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              John Matthew Hyams    on behalf of Debtor Jennifer S. Grimm jmh@johnhyamslaw.com,
               jak@johnhyamslaw.com
              Joshua I Goldman    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin S Frankel    on behalf of Creditor    Nationstar Mortgage LLC pa-bk@logs.com
              Michael J Clark    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:16-bk-01443-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Jennifer S. Grimm
634 Mumper Lane
Dillsburg PA 17019

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/13/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
| --- | --- |
| Claim No. 22: BANK OF AMERICA, N.A., Bank of America, PO Box 31785, Tampa, FL 33631-3785 | Nationstar Mortgage LLC<br>PO Box 619096<br>Dallas, TX 75261-9741<br>Nationstar Mortgage LLC<br>PO Box 619096<br>Dallas, TX 75261-9741 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 02/16/17

Terrence S. Miller
**CLERK OF THE COURT**